IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KIM GARDNER, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>CONSUMER PORTFOLIO )<br>SERVICES, INC, )<br>)<br>    Defendant. ) | CASE NO. 2:17-cv-02311 |

## NOTICE OF DISMISSAL

NOW COMES the Plaintiff, KIM GARDNER, by and through undersigned counsel, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and give the Court notice that Plaintiff dismisses all claims in the above styled action.

**Dated: July 24, 2017**

                                                    Respectfully submitted,
                                                    CREDIT LAW CENTER, LLC
                                                    **/s/ Keith N. Williston**
                                                    Keith N. Williston #78645
                                                    4041 NE Lakewood Way,
                                                    Suite 200
                                                    Lee's Summit, MO 64064
                                                    Tele:  (816) 246-7800
                                                    Fax:   (855) 523-6884
                                                    keithw@creditlawcenter.com
                                                    **ATTORNEY FOR PLAINTIFF**